Marc J. Randazza, AZ Bar No.: 27861
Ronald D. Green (*pro hac vice* pending)
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Plaintiff,*
*Avvo, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| AVVO, INC., | Case No.   CV-16-00892-PHX-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL AS TO DEFENDANT CLOUDFLARE, INC** |
| CHANG LIANG and HUANG SHAOQING d/b/a WYHES.COM or T6T7.NET; CLOUDFLARE, INC.; and JOHN DOES 1-10, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Avvo, Inc. files this Notice of Settlement and Voluntary Dismissal as to Defendant CloudFlare, Inc. and says:

Plaintiff Avvo, Inc. filed its Complaint against Chang Liang, Huang Shaoqing, CloudFlare, Inc., Verisign, Inc., and John Does 1-10 on March 31, 2016. (Doc. No. 1.)  As the Complaint explains, Avvo, Inc. only named CloudFlare, Inc. as a defendant "to ensure complete relief" and

RANDAZZA | LEGAL GROUP

Avvo, Inc. makes "[n]o allegations of wrong doing" against CloudFlare. (*Id.* at ¶ 9.)

Approximately two weeks after the Complaint was filed, Plaintiff Avvo, Inc. entered into discussions with counsel for CloudFlare, Inc. ("CloudFlare").   Based on those discussions, Avvo, Inc. has determined that CloudFlare is no longer a necessary party to this litigation.

As CloudFlare has not appeared, answered, or filed a motion for summary judgment in this matter, Plaintiff Avvo, Inc. hereby voluntarily dismisses CloudFlare, Inc. from this instant action with prejudice.


Dated: April 15, 2016.              Respectfully Submitted,

                                   /s/ Marc J. Randazza
                                   Marc J. Randazza, AZ Bar No. 27861
                                   Ronald D. Green (*pro hac vice* pending)
                                   Randazza Legal Group, PLLC
                                   4035 S. El Capitan Way
                                   Las Vegas, NV 89147

                                   *Attorneys for Plaintiff,*
                                   *Avvo, Inc.*

Case No. CV-16-00892-PHX-DLR

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 15, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

Employee,
Randazza Legal Group, PLLC