# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Avvo Incorporated, | No. CV-16-00892-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Chang Liang, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation to Dissolve Temporary Restraining Order as to CloudFlare, Inc. and Unopposed Motion to Amend Motion for Preliminary Injunction, (Doc. 23), and good cause appearing,

**IT IS ORDERED** Plaintiff's Stipulation to Dissolve Temporary Restraining Order as to CloudFlare, Inc. only and Unopposed Motion to Amend Motion for Preliminary Injunction is hereby **granted**.

**IT IS FURTHER ORDERED:**

1. The Court's Temporary Restraining Order (Doc. 14) shall be dissolved as to CloudFlare only. CloudFlare shall no longer be required to take any action or refrain from any action.
2. The Court shall not compel CloudFlare to take any action.

//
//

3. All parties to bear their own respective costs and fees.

Dated this 18th day of April, 2016.

Douglas L. Rayes
United States District Judge